

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**CV04-1468**

| | |
|---|---|
| BETTY JEAN NAGEL,<br><br>        Plaintiff,<br>v.<br><br>JOHN or JANE DOE I through VI and CITY OF SEATTLE, a municipal corporation,<br><br>        Defendants. | King County Superior Court<br>Cause No. 04-2-04864-8SEA<br><br>**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** |

TO:    Betty Jean Nagel, Plaintiff;

AND TO:    Franklin W. Shoichet and Michael S. Kolker, Attorneys for Plaintiff:

YOU ARE HEREBY NOTIFIED that on the 24th day of June, 2004, defendant City of Seattle filed with the United States District Court for the Western District of Washington at Seattle her *Notice of Removal* of the action brought in the Superior Court of Washington for King County, Cause No. 04-2-04864-8SEA.

Defendant thereafter filed a copy of the *Notice of Removal* with the Clerk of the Court, King County Superior Court.

04-CV-01468-NTC

NOTICE TO PLAINTIFF OF
FEDERAL COURT REMOVAL - 1
M:\Clients\3019\25992\PLD Removal-Notice2Plaintiff.doc

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

ORIGINAL

1  A copy of the Notice of Removal, Verification of State Court Records, and Notice
2  to Superior Court of Removal is herewith served upon you.

3  DATED this 23 day of June, 2004 at Seattle, Washington.

4

5  **STAFFORD FREY COOPER**
   *Professional Corporation*

6

7  By  *[signature]*
8  Ted Buck, WSBA #22029
   Attorneys for Defendant City of Seattle

NOTICE TO PLAINTIFF OF
FEDERAL COURT REMOVAL - 2
M:\Clients\3019\25992\PLD Removal-Notice2Plaintiff.doc

STAFFORD FREY COOPER
────── *Professional Corporation* ──────
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885